**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RAUL GONZALEZ VARGAS;
GRACIELA M. GONZALEZ,

Petitioners,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-70115

Agency Nos. A075-260-204
A075-260-205

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Raul Gonzalez Vargas and Graciela M. Gonzalez, natives and citizens of

Mexico, petition for review of the Board of Immigration Appeals' order dismissing

their appeal from an immigration judge's order pretermitting their applications for

cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. Reviewing

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

for substantial evidence the agency's continuous physical presence determination, *Lopez-Alvarado v. Ashcroft*, 381 F.3d 847, 850 (9th Cir. 2004), we deny the petition for review.

The record does not compel the conclusion that Gonzalez Vargas met his burden to establish continuous physical presence where he provided insufficient evidence of his presence from April 1988 onwards. *See Singh-Kaur v. INS*, 183 F.3d 1147, 1150 (9th Cir. 1999) (a contrary result is not compelled where there is "[t]he possibility of drawing two inconsistent conclusions from the evidence").

**PETITION FOR REVIEW DENIED.**